DENNIS E. NEUMANN *v.* ZONING BOARD OF APPEALS
OF THE BOROUGH OF STONINGTON

The plaintiff's petition for certification for appeal
from the Appellate Court, 14 Conn. App. 55, is denied.

*Eugene C. Cushman,* in support of the petition.

*Susan G. Nelson,* in opposition.

Decided May 12, 1988

DONALD JEPSEN *v.* JULIA S. MACRI ET AL.

The defendants' petition for certification for appeal
from the Appellate Court, 14 Conn. App. 803, is dis-
missed.

*Julia S. Macri,* pro se, and *George R. Macri,* pro se,
in support of the petition.

*Andrew G. Messina, Jr.,* in opposition.

Decided May 12, 1988

TRITON ASSOCIATES *v.* SIX NEW CORPORATION ET AL.

The named defendant's petition for certification for
appeal from the Appellate Court, 14 Conn. App. 172,
is denied.

*Beverly M. Krieger,* in support of the petition.

*Geoffrey S. Brandner,* in opposition.

Decided May 24, 1988